# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHY LAMENDOLA BARNARD

VERSUS

PRUDENT ACQUISITIONS, LLC
AND BINNING PROPERTIES, LLC

NO.  2023 CW 0274

**MAY 25, 2023**

---

In Re:    Prudent Acquisitions, LLC and Binning Properties, LLC,
          applying for supervisory writs, 21st Judicial District
          Court, Parish of Livingston, No. 164007.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

    **WRIT NOT CONSIDERED.**  This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).  Relators, Prudent Acquisitions, LLC and Binning Properties, LLC, failed to include a copy of the petition(s), the temporary restraining order itself, and any evidence admitted at the January 23, 2023 hearing.  In addition, this court should be provided with the transcript of the January 23, 2023 hearing and all evidence introduced therein and advise this court of the current status of the temporary restraining order.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before June 22, 2023, and must contain a copy of this ruling.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT